UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JAMES H. SANDERS,

        Defendant.
_____/

NO. CR. S-94-328 LKK
Ct. App. No. 05-10535

O R D E R

    The court is in a receipt of an order from the U.S. Court of Appeals for the Ninth Circuit relating to Mr. Sanders appeal of this court's denial of his "Resubmitted Consolidated (A) Procedural Motion" etc.[1] As this court understands the Circuit's order, the appeal is being treated by the Circuit as an appeal from a motion for habeas and accordingly, the matter was remanded for consideration as to a certificate of appealability.

////

---

[1] The Ninth Circuit correctly noted that the motion was deemed denied pursuant to this court's previous order indicating that it would no longer expend its limited resources in detailed response to Mr. Sanders' persistent filing of meritless motions.

1     This court must deny the certificate not only because if the
2 motion is truly a habeas petition it is untimely, but also because
3 the court cannot make heads or tails out of the motion, what basis
4 Sanders has for making the motion, why a redacted instrument makes
5 any difference as a matter of substance, or most anything else
6 about the document under review.
7     IT IS SO ORDERED.
8     DATED:  January 6, 2006.

10                                               /s/Lawrence K. Karlton
                                                 LAWRENCE K. KARLTON
11                                                  SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26