UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-94-328 LKK

    Plaintiff,

  v.

JAMES H. SANDERS,                O R D E R

    Defendant.
_____/

On August 31, 2000, this court issued an order declaring that any further frivolous motions filed by defendant, if not responded to within thirty days, were to be deemed constructively denied. That order continues to stand. In light of the government's effort to respond to the incomprehensible writ of error coram nobis, the court will extend the government the courtesy of formally denying the motion for the reasons set forth therein.

IT IS SO ORDERED.

DATED: February 21, 2006.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT