UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-94-328 LKK

    Plaintiff,

  v.

JAMES H. SANDERS,                   O R D E R

    Defendant.
_____/

    The court is in a receipt of an order from the U.S. Court of Appeals for the Ninth Circuit relating to Mr. Sanders appeal of this court's denial of his "writ of error coram nobis petition." As this court understands the Circuit's order, the matter was remanded for consideration as to a certificate of appealability.

    Before a movant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating

1  which issues satisfy the required showing or must state the reasons
2  why such a certificate should not issue.  Fed. R. App. P. 22(b).
3      This court must deny the certificate because petitioner has
4  failed to explain how he has been denied a constitutional right.
5  Indeed, petitioner's motion is incomprehensible.  It is not clear
6  what proceeding petitioner is even challenging. Accordingly, a
7  certificate of appealability shall not issue.
8  IT IS SO ORDERED.
9  DATED: September 14, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2