UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-94-328 LKK

    Plaintiff,

  v.                         O R D E R

JAMES H. SANDERS,

    Defendant.
                                      /

    The defendant has filed a massive document which he labels defendant's verified petition for writ of error coram nobis. It apparently turns on an act of the operations manager of the office of the clerk of this district. Whatever the operations manager did was quite besides the point, since the jury instructions reflected what, at the end of the trial, was left for the jury to decide. This was perfectly proper, and thus, there was no wrong to be righted. The jury convicted Mr. Sanders. That was also perfectly proper. It is hardly surprising that somewhere along the way, given the continuous, voluminous filings of Mr. Sanders, someone

1

1 attempting to answer them committed what might be an utterly
2 harmless, and irrelevant clerical error.  The judicial power of
3 this court is not bound by the acts of the clerk's office.  Both
4 the conviction and the appeal were properly affirmed.
5      The petition is DENIED.
6      IT IS SO ORDERED.
7      DATED: March 8, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT