UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-94-328 LKK

    Plaintiff,

  v.

JAMES H. SANDERS,                O R D E R

    Defendant.

                                /

    On March 9, 2007, this court denied defendant James H. Sanders's petition for writ of error coram norbis. Doc. No. 329. Defendant appealed this order, Doc. No. 330, and the Ninth Circuit affirmed the denial. Doc. No. 338.[1]

    On May 1, 2009, defendant filed a "further motion to correct the documentary record in this case." Doc. No. 340. This motion argues that while the Ninth Circuit's order denied the specific

---

[1] Defendant's appeal was Ninth Circuit Case No. 07-15437. The Ninth Circuit affirmed the denial of a defendant's petition in an unpublished memorandum opinion entered on May 1, 2008. The mandate to this court appears on the docket in this case at Doc. No. 338, entered on July 8, 2008. A copy of the memorandum opinion is attached to this mandate.

relief requested in the prior petition, the Ninth Circuit was silent as to various other issues, as to which this court should award relief.  Pursuant to the court's order of August 31, 2000 (Doc. No. 264), this motion was constructively denied when this court took no action thereon by June 1, 2009.  Defendant filed a timely appeal of this constructive denial.  (Doc. Nos. 341, 345). The Ninth Circuit remanded the appeal to this court for a determination as to whether a certificate of appealability should issue.

Although defendant's efforts to modify the record do not directly challenge his sentence or conviction, it appears to this court that they fall within the scope of 28 U.S.C. § 2255(a).  The grant or denial of a certificate of appealability is therefore governed by 28 U.S.C. § 2253(c).  Defendant again seeks modification to the record, and in particular, to the same superceding indictment that was the subject of the earlier of the above-mentioned appeals.  As discussed by the Ninth Circuit's memorandum order regarding the previous appeal on this issue, even if the record is in error, the errors do not amount to "a substantial showing of the denial of a constitutional right," and therefore that no certificate of appealability may issue.  28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED: October 15, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2