UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:94-cr-00328-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES H. SANDERS, | |
| Defendant. | |

The Court is in receipt of both a Petition for Writ of Error Corum Nobis (ECF No. 372) and a Motion for Entry of Default (ECF No. 374) filed by Defendant James H. Sanders.  Both are DENIED.  No further response by this Court will be made to any future filings unless Defendant has first obtained permission of the Court to file the same.

IT IS SO ORDERED.

Dated:  March 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT